```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19233
   DEBRA A LEWIS
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-6031


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 10/18/07 and confirmed on 05/07/08.

    2.   The case was dismissed after confirmation, 10/03/2008.

    3.   The Debtor paid a total of $   3580.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIZENS FINANCE CO | SECURED VEHIC | 6542.00 | 48.97 | 1851.03 |
| INTERNAL REVENUE SERVICE | PRIORITY | 16356.89 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BURLINGTON NORTHERN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 985.63 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | FILED LATE | .00 | .00 | .00 |
| FITNESS QUEST INC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11686.56 | .00 | .00 |
| JEFF GASPER | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 101772.14 | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2058.94 | .00 | .00 |
| TRIAD FINANCIAL CORP | FILED LATE | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 345.49 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 207.68 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6542.00 | 18415.83 | 114997.50 | .00 | 139955.33 |
| PRINCIPAL PAID | 1851.03 | .00 | .00 | .00 | 1851.03 |

```
INTEREST PAID                 48.97           .00          .00          .00         48.97
TOTAL PAID                  1900.00           .00          .00          .00       1900.00
```

The Debtor's attorney, JOSEPH WROBEL ESQ                 , was allowed $   3500.00
and was paid $     227.00  direct and $    1472.36  through the plan.

The Trustee received $     207.64 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 01/20/09                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE